IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3402-RBJ

JESSAH RUTLEDGE,

    Plaintiff,

v.

FOCUS ON THE FAMILY,

    Defendant.

---

ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, and the Court having reviewed the file and having otherwise been fully advised on the matter, does hereby GRANT said Joint Stipulation for Dismissal with Prejudice and ORDERS that the case be dismissed with prejudice.

DONE AND DATED THIS 18th day of May, 2021.

                                                      By the Court

                                                      */s/ Brooke Jackson*

                                                      United States District Judge